**HUMAN GENOME SCIENCES, INC., Plaintiff–Appellant,**

v.

**GENENTECH, INC., Defendant– Appellee.**

No. 2009–1182.

United States Court of Appeals, Federal Circuit.

Oct. 16, 2009.

Vernon Michael Winters, Matthew D. Powers, Weil, Gotshal & Manges LLP, Redwood Shores, CA, Nicholas Groombridge, Elizabeth S. Weiswasser, Jennifer H. Wu, Weil, Gotshal & Manges LLP, New York, NY, for Defendant–Appellee.

James Galbraith, Michael J. Freno, A. Antony Pfeffer, Kenyon & Kenyon LLP, New York, NY, for Plaintiff–Appellant.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).